# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BOMBARD ELECTRIC, LLC, <br> Plaintiff(s), <br> v. <br> PANEL CLAW, INC., <br> Defendant(s). | Case No.: 2:18-cv-02120-APG-NJK <br><br> **Order** <br><br> [Docket No. 11] |

Plaintiff filed a notice of the Rule 26(f) conference. Docket No. 11. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: November 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1