# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOMBARD ELECTRIC, LLC, | Case No.: 2:18-cv-02120-APG-NJK |
| Plaintiff | **Order Remanding Case to State Court** |
| v. | |
| PANEL CLAW INC., | |
| Defendant | |

Based on defendant Panel Claw Inc.'s response to my Order to Show Cause,

IT IS HEREBY ORDERED that this case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

DATED this 7th day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE